RECEIVED

FEB 29 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| STEVE E. STERLING | CIVIL ACTION NO. 06-1868 |
| VS. | JUDGE DOHERTY |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is AFFIRMED.

Lafayette, Louisiana this ___ day of _____.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT

COPY SENT:
DATE: 2/29/08
BY: CW
TO: RFD
    CS